Argued May 18, affirmed May 18, petition for rehearing denied
June 8, petition for review denied July 14, 1971

STATE OF OREGON, *Respondent, v.*
ROBERT FLOYD EASTMAN, *Appellant.*

484 P2d 1131

*Larry D. Thomson,* Eugene, argued the cause for appellant. On the brief were Gary K. Jensen, and Dwyer & Jensen, Eugene.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.